IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DWAYNE GRIFFIN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CIVIL NO. 06-319-GPM |
| ROD BLAGOJEVICH, et al., | ) ) ) |
| Defendants. | ) |

# ORDER

**MURPHY, Chief District Judge:**

Three motions are pending in the action. Two seek appointment of counsel (Docs. 8, 9), but the Court previously denied a request for appointment of counsel, finding that Plaintiff had made no showing of attempts to retain counsel on his own (*see* Docs. 3, 7). Neither of the instant motions (Docs. 8, 9) remedies that shortcoming; accordingly, each of these motions is **DENIED**. In his motions seeking law library access (Docs. 5, 9), Plaintiff states that he needs access to prepare his complaint and request for appointment of counsel. A complaint and such motion have been filed in this action so there is no need for such an order. Accordingly, these motions are **DENIED**.

**IT IS SO ORDERED.**

DATED: 03/20/07

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge